UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ZACHARY T. WOODFORD, | ) | Case No.: C 09-02569 PVT |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| DANIEL SEFTEL, et al, | ) | |
| Defendants. | ) | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another judge.

Dated: *8/17/09*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*