Dennis P. Howell, Esq. SBN 78806
Rebecca Connolly, Esq. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831)722-2444
Facsimile  (831)722-6153

Attorneys for Defendants DANIEL SEFTEL,
LUCIENNE SEFTEL, WEI-SENG CHAN-KAI,
and IVY WS CHAN-KAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZACHARY T. WOODFORD,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL SEFTEL; LUCIENNE SEFTEL; WEI-SENG CHAN-KAI; IVY WS CHAN-KAI; QUEST DIAGNOSTICS, INC.; and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | No.   C09-02569 ~~PVT~~  JF<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS DANIEL SEFTEL, LUCIENNE SEFTEL, WEI-SENG CHAN-KAI, and IVY WS CHAN-KAI; ~~[proposed]~~ ORDER** |

　　　　Defendants Daniel Seftel, Lucienne Seftel, Wei-Seng Chan-Kai, and Ivy Ws Chan-Kai ("Defendants") and Plaintiff Zachary T. Woodford ("Plaintiff"), by and through their undersigned attorneys, hereby state and stipulate as follows:

　　　　WHEREAS the Complaint in this action was filed on June 6, 2009; and

　　　　WHEREAS the Court issued is Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title II & II (42 U.S.C. §§ 12131-89) on June 9, 2009 ("Scheduling Order"); and,

　　　　WHEREAS the Plaintiff filed a First Amended Complaint on July 10, 2009; and

　　　　WHEREAS the Defendants were served on or about July 28, 2009 and Defendants' response

- 1 -

1 to the First Amended Complaint is now due on August 17, 2009; and

2 WHEREAS Plaintiff has agreed to Defendants' request for an extension of time to respond to
3 the First Amended Complaint until September 10, 2009; and,

4 WHEREAS the Plaintiff and Defendants stipulate that the dates set forth in the Scheduling
5 Order need to be extended for an additional 30 days, and therefore, a Court Order is necessary under
6 Northern District Local Rule 6-1(b).

7 THEREFORE, the parties stipulate pursuant to Northern District Local Rule 7-12 that the date
8 by which Defendants must file a response to the Complaint is extended until September 10, 2000 and
9 that the last day for the parties and counsel to hold joint inspection of premises with or without meet-
10 and-confer regarding settlement currently set for September 17, 2009 is continued until October 19,
11 2009 and all dates set forth in the Scheduling Order based upon such inspection date are likewise
12 extended to correspond to the October 19, 2009 date.

13 IT IS SO STIPULATED:

15 DATED:   August 12, 2009                LAW OFFICES OF PAUL L. REIN

17                                          By    /s/
                                               Paul L. Rein, Attorneys for Plaintiff

20 DATED:   August 12, 2009                GRUNSKY, EBEY, FARRAR & HOWELL

22                                          By    /s/
                                               Rebecca Connolly, Attorneys for Defendants
                                               Daniel Seftel, Lucienne Seftel, Wei-Seng Chan-
                                               Kai, and Ivy Ws Chan-Kai

26 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the date for filing of
27 defendants' responsive pleadings is extended to September 10, 2009 and that the last day for the
28 parties and counsel to hold joint inspection of premises with or without meet-and-confer regarding

- 2 -

BOGA 10549\stip-ext-081109
**C 09-02569 PVT**
**STIPULATION OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

1  settlement currently set for September 17, 2009 is continued until October 19, 2009 and all dates set
2  forth in the Scheduling Order based upon such inspection date are likewise extended to correspond to
3  the October 19, 2009 date.
4
5
6  DATED: __8/24/09_____       _____
7                                       ~~Patricia V. Trumbull~~ Jeremy Fogel
                                         United States ~~Magistrate Judge~~ District Judge
8
9
...
28

- 3 -

BOGA 10549\stip-ext-081109
**C 09-02569 PVT**
**STIPULATION OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August, 2009, at Watsonville, California.

By: */s/ Rebecca Connolly*

Rebecca Connolly

- 4 -

BOGA 10549\stip-ext-081109
**C 09-02569 PVT
STIPULATION OF EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**