UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ZACHARY WOODFORD, et al.,<br>　　　　　Plaintiffs, | No. C 09-2569 JF |
| v. | **ORDER GRANTING REQUEST TO EXCUSE CHAN-KAI DEFENDANTS FROM ATTENDING THE MEDIATION SESSION** |
| DANIEL SEFTEL, et al., | |
| 　　　　　Defendants. | |
| _____/ | |
| | Date:　　　April 19, 2010<br>Mediator:　Robin Siefkin |

　　　IT IS HEREBY ORDERED that the request for Marc Wai-Seng Chain-Kai and Ivy Wei-Sin Chan-Kai to be excused from attending the April 19, 2010 mediation session before Robin Siefkin is GRANTED.

　　　IT IS SO ORDERED.

April 6, 2010　　　　　　　　　By:　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge